NUMBER 13-06-453-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_______________________________________________________

JOSE MANUEL MAGANA SURIA,                                             Appellant,

v.

THE STATE OF TEXAS,                                                               Appellee.
_______________________________________________________

On appeal from the 139th District Court 
of Hidalgo County, Texas.
_______________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam

          Appellant, JOSE MANUEL MAGANA SURIA, attempted to perfect an appeal from
a judgment entered by the 139th District Court of Hidalgo County, Texas. Sentence in this
cause was imposed on April 6, 2005. No timely motion for new trial was filed. The notice
of appeal was due to be filed on May 6, 2005, but was not filed until July 31, 2006. Said
notice of appeal is untimely filed. 
          Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of
time for filing notice of appeal if such notice is filed within fifteen days of the last day
allowed and within the same period a motion is filed in the court of appeals reasonably
explaining the need for such extension. Appellant failed to file his notice of appeal and a
motion requesting an extension of time within such period. 
          The Court, having considered the documents on file and appellant's failure to timely
perfect his appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                      PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and 
filed this the 28th day of September, 2006.